UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARVIN GLENN HOLLIS,<br><br>    Plaintiff(s),<br><br>  v.<br><br>WARDEN DEBBIE ASUNCION, et al.,<br><br>    Defendant(s). | Case No. CV 18-5444-JAK (PLA)<br><br>**ORDER DISMISSING CASE** |

On July 2, 2018, the Court denied plaintiff's request to file this action without prepayment of the filing fee, as plaintiff is a three-strike litigant under the PLRA. The Court ordered plaintiff to pay the filing fee in full within 30 days of the date of that Order. On July 25, 2018, the Court denied plaintiff's Motion for Reconsideration, and ordered payment of the full filing fee within 14 days of service of that Order. Otherwise, the action would be dismissed. Plaintiff has failed to pay the fees, and his time for doing so has expired. Accordingly, the case is now dismissed.

IT IS SO ORDERED.

Dated: August 24, 2018

                   JOHN A. KRONSTADT
                   United States District Judge

Presented by:

                   HONORABLE PAUL L. ABRAMS
                   United States Magistrate Judge